**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| JERMALL JOHNSON, | : | No. 34 WM 2019 |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| COURT OF COMMON PLEAS OF ERIE COUNTY, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of August, 2019, the Application for Leave to File Original Process is GRANTED, and the Application for Leave to Amend and the Petition for Writ of Mandamus are DENIED.